1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   KENNY BROWN,                               No. 2:17-cv-1833 CKD P
12                  Plaintiff,
13        v.                                    ORDER
14   CDCR MEDICAL CARE SYSTEM,
15                  Defendant.
16
17        Plaintiff has filed a motion for extension of time to file an amended complaint.  Good
18   cause appearing, IT IS HEREBY ORDERED that:
19        1.  Plaintiff's motion for an extension of time (ECF No. 8) is granted; and
20        2.  Plaintiff is granted thirty days from the date of this order in which to file an amended
21   complaint.   Failure to file an amended complaint within 30 days will result in dismissal.
22   Dated:  December 18, 2017
23                                         _____
                                          CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE
25
26
27   1/kly
     brow1833.36
28