UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY BROWN, | No. 2:17-cv-1833 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR MEDICAL SYSTEM, et al., | |
| Defendants. | |

On April 9, 2018, plaintiff filed a motion which is confusing and vague. While it is not entirely clear, it appears plaintiff asks to have all documents in this mater filed under seal and that he be released on bail. Plaintiff fails to point to anything suggesting this court has the authority to order him released from prison in this action and he does not present good cause for having anything filed under seal. See Local Rule 141. Accordingly, IT IS HEREBY ORDERED that plaintiff's April 9, 2018 motion is denied.

Dated: May 3, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow1833.b&S